IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY W. BURGER,<br><br>Defendant. | **8:11CR210**<br><br><br>**ORDER TO WITHDRAW EXHIBITS** |

Pursuant to NECrimR 55.1(g), counsel for plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit Nos. 1 and 2 from Motion to Suppress Hearing Held 10/11/2011

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 6th day of June, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge